UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HOMESITE INSURANCE COMPANY
A/S/O DON AND MARITA LARIBEE,   **STIPULATION OF DISMISSAL**

                Plaintiff,

vs.   Case: 6:20-cv-01071-DNH-ATB

ACER AMERICA CORPORATION,

                Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all parties, that the above-captioned is dismissed, with prejudice, and without costs to any party, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Dated: February 4, 2022

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Fredric P. Gallin | s/Tony R. Sears |
| Fredric P. Gallin, Esq. (Bar No. 514194) | Tony R. Sears (Bar No. 512537) |
| METHFESSEL & WERBEL, ESQS. | WARD GREENBERG HELLER & REIDY LLP |
| 112 W. 34th St., 17th Fl., Room 17089 | 1800 Bausch and Lomb Place |
| New York, New York 10120 | Rochester, New York 14604 |
| (212) 947-1999 | (585) 454-0700 |
| gallin@methwerb.com | tsears@wardgreenberg.com |

IT IS SO ORDERED:

/s/ David N. Hurd
David N. Hurd
U.S. District Judge

Dated: 2-8-2022